JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NAPIER<br><br>Plaintiff,<br><br>v.<br><br> U.S. BANCORP, a Delaware corporation, dba U.S. Bank; DRT INVESTMENTS, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 8:17-cv-1104-DOC (RAOx)<br><br>**ORDER FOR DISMISSAL OF DRT INVESTMENTS, LLC, a California limited liability company [29]** |

ORDER
DISMISSAL OF U.S. BANCORP WITHOUT PREJUDICE

1
2
3
4       After consideration of the Joint Stipulation for Dismissal of **DRT**
5   **INVESTMENTS, LLC, a California limited liability company** filed by Plaintiff
6   SUZANNE NAPIER ("Plaintiff") and **DRT INVESTMENTS, LLC**, the Court
7   hereby enters a dismissal without prejudice of as to defendant DRT
8   INVESTMENTS, LLC, a California limited liability company, ONLY in the
9   above-entitled action.  Each party shall bear his or its own costs and attorneys' fees.
10      IT IS SO ORDERED.
11
    DATED:    September 29, 2017
12
13      _David O. Carter_
        _____
14      DAVID O. CARTER,
        U.S. DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
ORDER
DISMISSAL OF DRT INVESTMENTS, LLC WITHOUT PREJUDICE